IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO. 5:06cr46/RS

MIKOLA MAURICE BOWDEN,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report And Recommendation (Doc. 68). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Defendant's Motion To Vacate, Set Aside, Or Correct Sentence (Doc. 55) is granted to the extent that Defendant's criminal judgment is vacated, and the clerk is directed to schedule a hearing for re-sentencing, at which time Defendant may timely file a notice of appeal from the reimposed sentence with assistance of appointed counsel.

3. Claims two through five of Defendant's Motion to Vacate are dismissed without prejudice to their reassertion, if appropriate, upon conclusion of any further proceedings.

**ORDERED** on April 10, 2008.

/S/ Richard Smoak  
**RICHARD SMOAK**  
**UNITED STATES DISTRICT JUDGE**
