IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              CASE NO. 5:06-cr-46/RS

MIKOLA MAURICE BOWDEN,

    Defendant.
_____ /

## ORDER REDUCING SENTENCE

Before me are the Defendant's Motion for Remand, the United States of America's Concession of Error, and the Mandate of the United States Court of Appeals.

Based upon this record and *United States v. Williams*, 2010 U.S. App. LEXIS, 12760 (11th Cir. 2010), I find that Defendant does not qualify as a career offender. Further, I find that Defendant qualifies for the two-level downward adjustment pursuant to 18 U.S.C. § 3582(c)(2) and §1B1.10 of the Federal Sentencing Guidelines based on Amendment 706 (as amended by Amendments 711 and 715).

Defendant's further objections regarding the Fair Sentencing Act and the Equal Protection Clause are without merit. In addition, I have considered *Spears v. United States*, 129 S. Ct. 840 (2009).

The term of imprisonment to which Mikola M. Bowden is sentenced for Count I of Docket No. 5:06-cr-46/RS is hereby reduced to a term of 162 months. In all other

respects, the sentence imposed in the Judgment and Commitment Order on August 27, 2009, shall remain unchanged.

This sentence is at the upper end of the guideline range because the defendant's Criminal History Category under-represents the seriousness of Bowden's criminal history and the danger that the defendant presents to the public. For the scorable convictions, Defendant was assessed 19 criminal history points, which exceeds the threshold amount of 13 points for a category of IV. Additionally, the defendant has three additional felony convictions which were not scored under the federal sentencing guidelines due to their age. A sentence at the upper end of the advisory guideline range accounts for any inadequacies in the defendant's criminal history computation.

In making my decision, I have consulted the United States Sentencing Guidelines and calculated the applicable advisory range to be 130-162 months imprisonment based upon:

| | | |
|---|---|---|
| Base Offense Level: | 30 | At least 50 grams, but less than 150 grams of Cocaine Base |
| Downward Adjustment | -3 | Acceptance of Responsibility |
| Total Offense Level | 27 | |
| Criminal History Category | IV | |

**ORDERED** on January 26, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**